UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**MINNIE LAGUIN AND BENNY BURKE,**

      **Plaintiff,**

vs.

**PROFESSIONAL PROS JANITORIAL SERVICES, INC., A GEORGIA CORPORATION, PROFESSIONAL PROS JANITORS, LLC, A GEORGIA LIMITED LIABILITY COMPANY, AND PAMELA STEWART, INDIVIDUALLY,**

      **Defendant.**

_____ /

CASE NO: 1:16-cv-00476-SCJ

**PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, MINNIE LAGUIN and BENNY BURKE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files this notice of voluntary dismissal without prejudice as to Defendants. Plaintiffs have been unable to serve Defendants in this matter and request the matter be dismissed without prejudice.

Respectfully submitted this 16th day of May, 2016.

**/s/ C. RYAN MORGAN**
C. Ryan Morgan, Esquire
Georgia Bar No. 711884
Morgan & Morgan, P.A.
20 N. Orange Avenue, 14th Floor
Orlando, FL 32801
Phone: (407) 420-1414
Facsimile: (407) 245-3401
E-mail: Rmorgan@forthepeople.com
***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of May 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that a copy of the foregoing has been mailed to Defendants by U.S. Mail.

**/s/ C. Ryan Morgan**
C. Ryan Morgan, Esquire